

FILED
OCT 20 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, <br> Plaintiff, <br> v. <br> MARK AGUIRRE <br> Defendant. | No. 6:03-MJ-087-HGB <br><br> **ORDER TO FORFEIT BOND TO THE UNITED STATES PURSUANT TO 18 USC 3146 (d).** |

Defendant, Mark Aguire, was arrested and after posting a bond in the amount of $25.00, was released on June 6, 2003. Defendant thereafter failed to appear as ordered and so, on June 17, 2003, the Court issued an arrest warrant.

Pursuant to 18 USC section 3146 (d), the bond posted at the time of defendant's release in the amount of $25.00 is hereby ordered forfeited to the United States Government.

DATED: 10/20/15

MICHAEL J. SENG
United States Magistrate Judge